UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ernie H . Nelson

       v.                        Civil No. 12-cv-194-JD

Nashua Police Department, et al.

O R D E R

On May 24, 2012, Magistrate Judge Daniel J. Lynch granted plaintiff's Motion to Proceed In Forma Pauperis. A copy of this order was sent to plaintiff Nelson at the address listed on his Complaint filed on May 23, 2012, that being the Hillsborough County Department of Corrections, Manchester, NH.

On May 29, 2012, that order was returned to the Court with a notation that the defendant had been released. Pursuant to Local Rule 83.6(e), a pro se party in under a continuing duty to notify the clerk's office of any change of address and telephone number.

As no updated address has been filed by plaintiff Nelson, it is herewith ordered that this case is dismissed without prejudice.

SO ORDERED.


June 26, 2012                                     */s/ Joseph A. DiClerico, Jr.*
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:  Ernie H. Nelson, pro se